LILLIAN GROSS, as Administratrix of the Estate of HYMAN GROSS, Deceased, Respondent, v. FANNIE FEIN et al., Appellants.— Order denying defendants' motion to vacate plaintiff's notice of examination before trial, except as to item

"13" thereof, and granting said motion with respect to said item, affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.